**SECURITY PEOPLE, INC., Appellant**

v.

**OJMAR US, LLC, Appellee**

**2017-1385**

United States Court of Appeals, Federal Circuit.

November 13, 2017

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

JAMES L. DAY, JR., Farella Braun & Martel LLP, San Francisco, CA, argued for appellee. Also represented by RODERICK MANLEY THOMPSON, DANIEL C. CALLAWAY.

(Prost, Chief Judge, Lourie and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**